

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 20, 2007

Judge Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

## MEMO ENDORSED

Re: United States v. Christopher Schulze
    07 Cr. 1079 (SCR)

Dear Judge Robinson:

The defendant in the above-referenced case was arrested on December 21, 2007. That same day, the FBI executed court-authorized search warrants for his home and his vehicle.

The search warrants, which were authorized by Chief Magistrate Judge Smith, included a provision specifying that, unless the Government made further application, any computer devices seized would be searched within 30 days and either retained as evidence or returned. The FBI seized, from the defendant's home, two hard drives, a lap-top computer and a desk-top computer, as well as over a hundred compact disks. From the defendant's vehicle, the FBI seized a lap-top computer.

The seized computer devices have been delivered to an FBI analyst with CART (the Computer Analysis and Response Team) so that CART can image them and they can be analyzed. Thus far, CART has imaged the drive from the lap-top computer seized from the vehicle. Analysis of this drive confirms that it contains child pornography. Thus, the lap-top will be retained as evidence. Additional time, however, is required for CART to image the remaining computer devices and for analysis of these devices to occur. Accordingly, the Government requests an additional thirty days. In the event that the imaging and

*The Government has until March 1, 2008
to perform the imaging and analysis
of the defendants computer hard drives.
If additional time is necessary the
Government must make application
to this Court.*

**SO ORDERED**

*[signature]*

**STEPHEN C. ROBINSON**
**UNITED STATES DISTRICT JUDGE**
                                    1/15/08

Ltr. to the Honorable Stephen C. Robinson
December 20, 2007
Page 2

analysis cannot be completed within that time period, the
Government will advise the Court.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marcia S. Cohen
Assistant United States Attorney
(914) 993-1902

cc: Susanne Brody, Esq.