

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 24, 2008

Judge Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

       Re: <u>United States</u> v. <u>Christopher Schulze</u>
           07 Cr. 1079 (SCR)

Dear Judge Robinson:

    At the initial pretrial conference in the above-referenced case, the Court set a discovery and motion schedule. In early January, the Government discussed with defense counsel, Susanne Brody, the Government's need for additional time. The Government expects to complete the discovery process by January 28, 2008.

    In light of this date, the Government and defense counsel request that the defendant be permitted until February 28, 2008 to file any motions. The Government will respond to any such motions by March 13, 2008 and the defense will reply by March 20, 2008.

                                     Respectfully,

                                     MICHAEL J. GARCIA
                                     United States Attorney

APPLICATION GRANTED
*/s/ Stephen C. Robinson*
HON. STEPHEN C. ROBINSON
1/24/08

                       By: _____
                          Marcia S. Cohen
                          Assistant United States Attorney
                          (914) 993-1902

cc: Susanne Brody, Esq.