# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director*

Paul E. Davison
*Attorney-in-Charge*
*White Plains*

MEMO ENDORSED

February 28, 2008

BY HAND
The Honorable Stephen C. Robinson
United States district Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York

Re: <u>United States v. Christopher Schulze</u>
07 Cr. 1079 (SCR)

Dear Judge Robinson:

This letter is to request an adjournment of the motion schedule in the above referenced matter. This request is being made to allow Mr. Schulze to review the discovery materials. I have spoken to the government and they do not object to this request. We propose the following schedule; defense motions due on April 10, 2008, government response by May 9, and reply by May 16, 2008. We consent to the exclusion of time under the Speedy Trial Act during the pendency of the motions.

Your consideration off this matter is greatly appreciated.

Sincerely Yours,

Susanne Brody

APPLICATION GRANTED
*Stephen C Robinson*  3/4/08
HON. STEPHEN C. ROBINSION

CC: Marcia Cohen, Esq.
    Assistant United States Attorney

    Mr. Christopher Schulze.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____