UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :     INDICTMENT
                                  :
        - v. -                     :
                                  :     S1 07 Cr. 1079
CHRISTOPHER SCHULZE,              :
                                  :
              Defendant.          :
- - - - - - - - - - - - - - - - - -x



COUNT ONE

(Enticement)

The Grand Jury charges:

1. From on or about October 4, 2007 up through and including on or about November 20, 2007, in the Southern District of New York and elsewhere, CHRISTOPHER SCHULZE, the defendant, using facilities and means of interstate and foreign commerce, unlawfully, willfully, and knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in a sexual activity for which a person can be charged with a criminal offense, to wit, the defendant, in communications over the internet, attempted to persuade, induce, and entice an undercover officer posing as a 15-year-old girl to meet the defendant for the purpose of engaging in sexual activities.

(Title 18, United States Code, Sections 2422(b).)

COUNT TWO

(Sexual Exploitation of a Child)

The Grand Jury further charges:

2.  From on or about October 4, 2007 up through and including on or about November 20, 2007, in the Southern District of New York and elsewhere, CHRISTOPHER SCHULZE, the defendant, unlawfully, willfully, and knowingly attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported in interstate and foreign commerce and mailed, and the visual depiction would be produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means including by computer, to wit, CHRISTOPHER SCHULZE, the defendant, attempted to entice an individual he believed to be a minor to engage in sexually explicit conduct for the purpose of producing video and photographs of such conduct.

(Title 18, United States Code, Section 2251(a) and (e).)

COUNT THREE

(Child Pornography)

The Grand Jury further charges:

3.  On or about November 20, 2007, in the Southern District of New York, CHRISTOPHER SCHULZE, the defendant,

knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that has been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, CHRISTOPHER SCHULZE, the defendant, possessed a laptop computer containing approximately 1000 images and videos depicting children engaging in sexually explicit conduct.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

*United States District Court*

SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER SCHULZE,

                                  Defendant.

# INDICTMENT

S1 CR. 1079

(In Violation of Title 18, United States Code, Section 2422(b);
Title 18, United States Code, Section 2251(a) & (e);
Title 18, United States Code, Section 2422A(a)(5)(B).)

MICHAEL J. GARCIA

                        United States Attorney.

**A TRUE BILL**

                              Foreperson.

[Handwritten annotation in margin: 5/8/08 Superceding Indictment filed Fox, MJ]